

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERLANDO CARTER,<br><br>Defendant. | No. 2:13-cr-00267-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release FERLANDO CARTER Case No. 2:13-cr-00267-TLN, from custody for the following reasons:

    \_\_\_\_    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ 50,000

          _X_  Unsecured Appearance Bond, co-signed by Ethel Bruner, Don Carter, and Alfredo Carter

          \_\_  Appearance Bond with 10% Deposit

          \_\_  Appearance Bond with Surety

          \_\_  Corporate Surety Bail Bond

          _X_  (Other): Third-party custody of Don Carter, and Pretrial Services conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on September 23, 2013.

_____
UNITED STATES MAGISTRATE JUDGE