BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00267-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FERLANDO CARTER, | DATE: November 21, 2013
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 21, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 30, 2014, and to exclude time between November 21, 2013, and January 30, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case includes eight-eight pages of paper discovery and fifty CDs containing audio and video recordings. All of this discovery has been produced directly to counsel.

   b) Counsel for defendant desires additional time consult with his client, review the discovery produced in this case, investigate the case, and discuss potential resolution of this

matter with the United States.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The United States does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to January 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: November 15, 2013        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ JUSTIN L. LEE
                                JUSTIN L. LEE
                                Assistant United States Attorney

Dated: November 15, 2013        /s/ DOUGLAS BEEVERS
                                DOUGLAS BEEVERS
                                Counsel for Defendant
                                Ferlando Carter

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of November, 2013

_____
Troy L. Nunley
United States District Judge