| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, Bar #288639 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
FERLANDO CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-13-00267-TLN |
| Plaintiff, | **STIPULATED REQUEST TO RESCHEDULE STATUS CONFERENCE; ORDER** |
| v. | |
| FERLANDO CARTER, | Date:  March 27, 2014 |
| Defendant. | Time:  9:30 a.m. |
| | Judge:  Honorable Troy L. Nunley |

The parties request that the status conference in this case be continued from January 30, 2014, to March 27, 2014 at 9:30 a.m. They stipulate that the time between January 30, 2014 and March 27, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, defense needs time to contact witnesses and to investigate defendant's learning disability records over the past 10 years which may be relevant to defense of the unlicensed gun dealing charges. The parties

/ / /

/ / /

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: January 28, 2014                             Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ Douglas Beevers
                                                  DOUGLAS BEEVERS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  FERLANDO CARTER

Dated: January 28, 2014                             BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/  Justin Lee
                                                  JUSTIN LEE
                                                  Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for January 30, 2014, be continued to March 27, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the March 27, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 29, 2014

                                                  Troy L. Nunley
                                                  United States District Judge