HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
FERLANDO CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:13-CR-00267 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| FERLANDO CARTER, et al. ) | |
| ) | DATE: July 24, 2014 |
| Defendants. ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff; DOUGLAS BEEVERS, attorney for defendant FERLANDO CARTER; and MICHAEL LAWLEY, attorney for co-defendant LUIS ANTHONY BUSTAMANTE that the status conference hearing date of May 15, 2014 be vacated, and the matter be set for status conference on July 24, 2014 at 9:30 a.m.

The reason for this continuance is that counsel for co-defendant LUIS ANTHONY BUSTAMONTE was appointed on May 5, 2014.  In addition, counsel for FERLANDO CARTER finds it necessary to complete an evaluation of Mr. CARTER prior to any resolution or trial in this matter.  The expert is being retained to address the current severity of Mr. CARTER's learning disability which may be relevant to the charge of knowingly dealing in firearms without a license.  The expert's report will not be available until July.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 24, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 6, 2014                           Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             */s/ Douglas Beevers*
                                             DOUGLAS BEEVERS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             FERLANDO CARTER

Dated: May 6, 2014                           */s/ Michael Lawley*
                                             MICHAEL LAWLEY
                                             Attorney for Defendant
                                             LUIS ANTHONY BUSTAMONTE

Dated: May 6, 2014                           BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Justin Lee*
                                             JUSTIN LEE
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 15, 2014 status conference hearing be continued to July 24, 2014, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 24, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated: May 8, 2014

_____
Troy L. Nunley
United States District Judge

*U.S. v. Carter, et al.*
Stipulation and Order

-3-