BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>FERLANDO CARTER and LUIS BUSTAMANTE,<br><br>                    Defendants. | CASE NO. 2:13-CR-00267-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 24, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 24, 2014.

2.      By this stipulation, defendants now moves to continue the status conference until September 18, 2014, and to exclude time between July 24, 2014, and September 18, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

   a)      The United States has represented that the discovery associated with this case includes eighty-eight pages of paper discovery and fifty CDs containing audio and video recordings. All of this discovery has been produced directly to counsel.

   b)      Counsel for defendants desire additional time consult with their clients, review the

discovery produced in this case, investigate the case, and discuss potential resolution of this matter with the United States.

       c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)    The United States does not object to the continuance.

       e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 24, 2014 to September 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  July 15, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  July 15, 2014

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
Ferlando Carter

| | |
|---|---|
| Dated: July 15, 2014 | /s/ JASON LAWLEY<br>JASON LAWLEY<br>Counsel for Defendant<br>Luis Bustamante |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of July, 2014

_____
Troy L. Nunley
United States District Judge