HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
FERLANDO CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-00267 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE STATUS CONFERENCE, AND TO ) EXCLUDE TIME |
| FERLANDO CARTER<br>LUIS BUSTAMANTE, | ) Date: February 12, 2015<br>) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Justin Lee, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Ferlando Carter, and Jason Lawley, attorney for Luis Bustamante, that the status conference scheduled for December 18, 2014 be vacated and be continued to February 12, 2015 at 9:30 a.m.

The grounds for this continuance are that Defense counsel has provided expert discovery to the Government and the Government needs reasonable time to prepare.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 12, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: December 16, 2014 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for Ferlando Carter |
| DATED: December 16, 2014 | | */s/ Douglas Beevers for*<br>JASON LAWLEY<br>Attorney for Luis Bustamante |
| DATED: December 16, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Douglas Beevers for*<br>JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 18, 2014 status conference shall be continued until February 12, 2015, at 9:30 a.m.

Dated:  December 16, 2014

_____
Troy L. Nunley
United States District Judge