IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00267-TLN |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING COMPETENCY** |
| | ) | **EVALUATION** |
| v. | ) | |
| | ) | |
| FERLANDO CARTER, | ) | HEARING: March 26, 2015 |
| | ) | TIME:    9:30 a.m. |
| Defendant. | ) | COURT:   Hon. Troy L. Nunley |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

On February 12, 2015, the defendant's attorney filed a Motion to Determine Competency requesting that the Court set a hearing to determine the defendant's competency to stand trial.  (Doc. 45.)  On February 12, 2015, the parties appeared before the Court to argue the motion.  (Doc. 46.)  During the hearing the defendant's attorney declared a doubt as to the defendant's competency to stand trial. After consideration of the arguments raised during the hearing and the record to date, the Court hereby finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the

1

extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court hereby grants the defendant's Motion to Determine Competency.

Accordingly, the Court hereby **ORDERS** that:

(1) the defendant Ferlando Carter shall submit to a mental competency evaluation to assess his competency to stand trial in this case;

(2) the mental competency evaluation shall be conducted by: Dr. John Foster, Arden Psychological Services, 1620 Executive Court, Sacramento, California;

(3) such evaluation shall address the legal issue of competency of Ferlando Carter, Dr. Foster shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavior observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews;

(4) the report regarding the competency evaluation shall be returned to the Court by April 16, 2015;

(5) time is excluded from February 12, 2015, through March 26, 2015, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(6) this matter is set for a status conference on March 26, 2015, at 9:30 a.m.

**IT IS SO ORDERED.**
Dated:  February 17, 2015

Troy L. Nunley
United States District Judge