HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-5700
Facsimile: 916/498-5710

Attorneys for Defendant
FERLANDO CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13 CR 267 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| FERLANDO CARTER, | Judge:   Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, attorney for Plaintiff and Assistant Federal Defender Douglas Beevers, attorney for Ferlando Carter, that Mr. Carter was released under pretrial supervision on September 23, 2013. Condition number 12 of his "Special Conditions of Release" requires him to seek and/or maintain employment and provide proof of same as requested by his pretrial services officer.  This condition goes on to state that if not employed, Mr. Carter must enroll and participate in school and provide proof of the same to his pretrial services officer.

It appears that Mr. Carter may be low-functioning and it is very difficult for him to obtain employment and/or to participate in school.

The defendant, with the full support of his pretrial services officer, Darryl Walker, requests that this Court eliminate condition number 12 of his Special Conditions of Release due to his disability status.

The defendant makes this request pursuant to 18 U.S.C. § 3141(c) (3) which permits this Court to modify the conditions of release at any time.

Dated: March 23, 2015                                    Respectfully submitted,

                                                         HEATHER WILLIAMS
                                                         Federal Defender

                                                         */s/ Douglas Beevers*
                                                         DOUGLAS J. BEEVERS
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         FERLANDO CARTER


DATED: March 23, 2015                                    BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         */s/ Douglas Beevers for*
                                                         JUSTIN LEE
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

# O R D E R

IT IS HEREBY ORDERED that condition number 12 of the Special Conditions of Release be eliminated from the Special Conditions of Release. All other conditions are to remain in effect.

Dated: March 23, 2015

                                                         _____
                                                         KENDALL J. NEWMAN
                                                         UNITED STATES MAGISTRATE JUDGE