HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
FERLANDO CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:13-CR-00267 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| FERLANDO CARTER, et al. | ) ) | Date: March 26, 2015 Time: 9:30 a.m. |
| Defendants. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Ferlando Carter, and Jason Lawley, attorney for Luis Bustamante, that the status conference scheduled for March 26, 2015 be vacated and be continued to June 18, 2015 at 9:30 a.m.

The grounds for this continuance are that Defense counsel for Mr. Carter would like time to evaluate his mental competency report before the next status conference. The mental competency report is due by April 16, 2015. Furthermore, Defense counsel for Mr. Bustamante will be in trial for six weeks starting on April 20, 2015.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 18, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 24, 2015         Respectfully submitted,
                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Douglas Beevers*
                              DOUGLAS J. BEEVERS
                              Assistant Federal Defender
                              Attorney for Ferlando Carter

DATED: March 24, 2015         Respectfully submitted,

                              */s/ Douglas Beevers for*
                              JASON LAWLEY
                              Attorney for Luis Bustamante

DATED: March 24, 2015         BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Douglas Beevers for*
                              JUSTIN LEE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Dated: March 24, 2015

_____
Troy L. Nunley
United States District Judge