FILED
April 3, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. 2:13-cr-00267-TLN
        Plaintiff,                   )
                                     )
v.                                   )
                                     )   ORDER FOR RELEASE OF
FERLANDO CARTER,                     )   PERSON IN CUSTODY
                                     )
        Defendant.                   )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, FERLANDO CARTER, Case No. 2:13-cr-00267-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __X__   Release on Previously Imposed Conditions

   _____   Bail Posted in the Sum of: $

           _____   Co-Signed Unsecured Appearance Bond

           _____   Secured Appearance Bond

           __X__   (Other) with added condition as stated on the record.

           _____   (Other)_____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/3/2015  at  2: 32 p.m.

                                    By  /s/ Edmund F. Brennan
                                        Edmund F. Brennan
                                        United States Magistrate Judge