**Jason Lawley SBN: 232156**

901 H Street, Suite 674
Sacramento, CA  95814
(916) 548-2066
Email: Mjasonlawley@hotmail.com


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA


| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE:  2:13-cr-267 |
| | ) |
| | ) |
| Plaintif | ) STIPULATION AND ORDER |
| | ) |
| v. | ) DATE: |
| | ) TIME: |
| Luis Bustamonte | ) Courtroom |
| | ) |
| Defendant | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Jason Lawley,

attorney for Luis Bustamante, and Douglas J. Beevers attorney for Ferlando Carter that the status

conference scheduled for July 2, 2015 be vacated and be continued to August 27, 2015 at 9:30

a.m. The grounds for this continuance are that Defense counsel for Mr. Bustamonte  would like

time  to discuss options for potential resolution, continued review of discovery and defense

investigation, and otherwise prepare for trial. Based upon the foregoing, the parties agree time

under the Speedy Trial Act should be excluded from this order's date through and including

August 27, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare]

1    and General Order 479, Local Code T4 based upon continuity of counsel and defense

2    preparation.

3

4

5

6

7    DATED: June 29th, 2015

8                                                        /s/JASON LAWLEY
                                                         Attorney for Luis Bustamante
9

10   DATED: June 29th, 2015                              /s/JUSTIN LEE
                                                         Assistant U.S. Attorney
11

12
     DATED: June 29th, 2015                              /s/ DOUGLAS J. BEEVERS
13                                                       Attorney for Ferlando Carter

14

15

16

17   IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

18   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

19   its order. The Court specifically finds the failure to grant a continuance in this case would deny

20   counsel reasonable time necessary for effective preparation, taking into account the exercise of

21   due diligence. The Court finds the ends of justice are served by granting the requested

22   continuance and outweigh the best interests of the public and defendant in a speedy trial.

23

24   Dated: June 29, 2015

25

26

27

28                                                       Troy L. Nunley
                                                         United States District Judge

2    Stipulation and proposed order