IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FERLANDO CARTER,<br><br>       Defendant. | 2:13-CR-00267-TLN<br><br>**ORDER FINDING THE DEFENDANT MENTALLY INCOMPETENT TO STAND TRIAL UNDER 21 U.S.C. § 4241(d) AND COMMITTING THE DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL** |

**ORDER**

    This matter is before the Court on the joint motion of the United States and the defendant for a hearing to determine the mental competency of the defendant pursuant to 18 U.S.C. § 4241(a). On February 17, 2015, the Court ordered that the defendant undergo a psychological examination conducted by Dr. John Foster. (Doc. 48.) Dr. Foster conducted the psychological examination on March 11, 2015, and submitted a written report to the parties on April 7, 2015. The parties subsequently submitted Dr. Foster's report to the Court for review. The parties appeared before the Court regarding this matter on August 27, 2015.

Upon consideration of the April 7, 2015 Forensic Report prepared by Dr. Foster and the hearing held on August 27, 2015; pursuant to 18 U.S.C. § 4241(d), the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.  Accordingly, the Court hereby **ORDERS** that:

(1) the defendant is committed to the custody of the Attorney General for treatment in a suitable facility for such a reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that the defendant will attain capacity to permit the proceedings to go forward;

(2) the defendant shall self-surrender on November 5, 2015, to the facility designated by the Bureau of Prisons;

(3) upon completion of the evaluation of the defendant, the director of such facility shall submit a report regarding the defendant's competency to counsel and the Court by March 25, 2016;

(4) time is excluded from August 27, 2015, through April 14, 2016, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(5) this matter is set for a status conference on April 14, 2016, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  September 1, 2015

Troy L. Nunley
United States District Judge