```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,     )    2:13-cr-00267-GEB
                              )
        Plaintiff,            )
                              )    ORDER FOR EXAMINATION
        v.                    )    AND REPORT UNDER
                              )    SECTION 18 U.S.C. § 4241
FERLANDO CARTER,              )
                              )
        Defendant.            )
_____)
```

On February 29, 2016, the undersigned judge received a letter from the Complex Warden for the Federal Medical concerning Defendant Ferlando Carter ("Carter").  The letter states in pertinent part: "Although the prevailing opinion is that Mr. Carter is not competent, we believe there is a substantial probability that Mr. Carter can be restored if he is willing to provide honest and effortful motivation to do so. We respectfully request an additional 120 day period of hospitalization and treatment in order to obtain a better understanding of Mr. Carter's true abilities." The Complex Warden has already mailed a copy of the referenced one page letter to involved counsel.  **The referenced one page letter shall be filed under seal**.

1

The Complex Warden's request for an additional 120 day period of hospitalization and treatment for the purpose of obtaining a better understanding of Mr. Carter's true abilities is granted. This ruling shall also be served by email to the following address: ***KForbes@bop.gov***

IT IS SO ORDERED.

Dated: February 29, 2016

                                          *[signature]*
GARLAND E. BURRELL, JR.
United States District Judge