1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    2:13-cr-00267-GEB
                                       )
12             Plaintiff,              )
                                       )    ORDER FOR EXAMINATION
13        v.                           )    AND REPORT UNDER
                                       )    SECTION 18 U.S.C. § 4241
14   FERLANDO CARTER,                  )
                                       )
15             Defendant.             )
     ─────────────────────────────────)

16

17         On February 29, 2016, the undersigned judge received a

18   letter from the Complex Warden for the Federal Medical concerning

19   Defendant Ferlando Carter ("Carter").  The letter states in

20   pertinent part: "Although the prevailing opinion is that Mr. Carter

21   is not competent, we believe there is a substantial probability

22   that Mr. Carter can be restored if he is willing to provide honest

23   and effortful motivation to do so. We respectfully request an

24   additional 120 day period of hospitalization and treatment in order

25   to obtain a better understanding of Mr. Carter's true abilities."

26   The Complex Warden has already mailed a copy of the referenced one

27   page letter to involved counsel.  **The referenced one page letter**

28   **shall be filed under seal.**

                                 1

1        The Complex Warden's request for an additional 120 day

2   period of hospitalization and treatment for the purpose of

3   obtaining a better understanding of Mr. Carter's true abilities is

4   granted.  This ruling shall also be served by email to the

5   following address:   *KForbes@bop.gov*

6        IT IS SO ORDERED.

7   Dated:  February 29, 2016

8

9   _____
    GARLAND E. BURRELL, JR.

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28