UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00267-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| FERLANDO CARTER, et al., | |
| Defendant. | |

On April 14, 2016, the undersigned judge received the a letter dated April 11, 2016, from the Warden of the Federal Bureau of Prisons, Federal Medical Center, Butner, North Carolina, to which is attached a "Forensic Evaluation" of defendant Ferlando Carter. The "OPINION ON COMPENTENCY" portion of the forensic evaluation states in pertinent part:

> Although the determination of Mr. Carter's current competency and need for further restoration is ultimately a decision for the Court, it is our opinion further time is required in order to encourage his participation in the evaluation process and complete further psychological testing. . . .
>
> In summary, although the prevailing opinion is that Mr. Carter is not competent, we believe there is a substantial probability that Mr. Carter's competency will be restored in the foreseeable future with continued restoration efforts . . . . Therefore, we respectfully request the Court order an additional 120 day period of hospitalization and treatment pursuant to Title 18, U.S.C.§ 4241(d). This would allow sufficient time to obtain a better understanding of Mr. Carter's

1

1 |         true abilities.
2 |         These documents shall be filed under seal, but shall be
3 | served on defendant Ferlando Carter's counsel and the United
4 | States.
5 | Dated:  April 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2