IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00267-GEB |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING COMMITMENT OF** |
| | ) | **THE DEFENDANT TO THE CUSTODY OF** |
| v. | ) | **THE ATTORNEY GENERAL FOR** |
| | ) | **FURTHER EVALUATION RELATED TO** |
| FERLANDO CARTER, | ) | **COMPETENCY** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

This matter is before the Court on the defendant's Motion to Reconsider Order Granting Extension for Competency Evaluation (Doc. 86) and for consideration of the April 14, 2016 Forensic Evaluation completed by Dr. Tracy O'Connor Pennuto.  The parties appeared before the Court regarding this matter on April 15, 2016.

On November 5, 2015, the defendant was admitted to the Mental Health Unit of FMC-Butner for a competency evaluation.  In the April 14, 2016 Evaluation, Dr. Pennuto requested additional time to continue the evaluation and treatment of the defendant.  Dr. Pennuto stated that she believed that "Mr. Carter is exaggerating his

limitations and attempting to present as more impaired than he actually is." Dr. Pennuto opined that "further time is required in order to encourage [the defendant's] participation in the evaluation process and complete further psychological testing." Dr. Pennuto stated that she believed that "there is a substantial probability that Mr. Carter's competency will be restored in the foreseeable future with continued restoration efforts."

Upon consideration of the April 14, 2016 Forensic Evaluation prepared by Dr. Pennuto and the hearing held on April 15, 2016, and pursuant to 18 U.S.C. § 4241(d)(2)(A), the Court finds there is a substantial probability that an extension of the defendant's commitment to the custody of the Attorney General will allow the defendant to attain the capacity to permit the proceedings in this matter to go forward. Accordingly, the Court hereby **ORDERS** that:

(1) the defendant shall continue to be committed to the custody of the Attorney General for treatment in a suitable facility for 90 days from the date of this order to determine whether the defendant will attain the capacity to permit the proceedings to go forward;

(2) the defendant shall be released from the treatment facility on July 14, 2016, or such earlier date if the treating facility completes the evaluation before July 14, 2016;

(3) upon release from the treating facility, the defendant will continue to be subject to the terms and conditions of his pretrial supervision;

///
///
///

(4)   the defendant shall report to the pretrial services office in the Eastern District of California by July 20, 2016, or within seven calendar days of his release from the treating facility, whichever date occurs earlier;

(5)   upon completion of the evaluation of the defendant, the director of such facility shall submit a report regarding the defendant's competency to counsel and the Court by August 1, 2016;

(6)   time is excluded from April 14, 2016, through August 19, 2016, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(7)   the defendant is ordered to appear for a status hearing on August 19, 2016, at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom #10.

IT IS SO ORDERED.

Dated:  April 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge