HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
FERLANDO CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>FERLANDO CARTER,  )<br>  )<br>         Defendant.  )<br>  )<br>  )<br>_____ ) | 2:13-CR-00267-GEB<br><br>**STIPULATION AND [PROPOSED]RELEASE ORDER RELEASING DEFENDANT FROM THE CUSTODY OF THE ATTORNEY GENERAL**<br><br>Judge:Hon. Garland E. Burrell,Jr. |

   The parties having reviewed the request from Bureau of Prisons docket #94 agree that the defendant be **released** from the custody of the Attorney General on June 28, 2016 subject to all previously imposed conditions of pretrial release.

Dated: June 16, 2016                    Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        */s/ Douglas J. Beevers*
                                        DOUGLAS J. BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        FERLANDO CARTER

1

DATED: June 16, 2016                    Phillip A. Talbert
                                        Acting United States Attorney

                                        */s/ Douglas J. Beevers for*
                                        JUSTIN LEE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

### ORDER

Based upon the stipulation of the parties and based upon the May 3, 2016 letter from Butner Complex Warden J.C. Holland, the Court hereby **ORDERS** that the Court's April 18, 2016 Order (Doc. 92) is amended as follows: the defendant shall be **released** from the custody of the Attorney General on June 28, 2016.  All other aspects of the Court's April 18, 2016 Order remain in force.

**IT IS SO ORDERED.**

Dated:  June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2