UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00267-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FERLANDO CARTER, | |
| Defendant. | |

On July 26, 2016, the undersigned judge received an email with an attached forensic evaluation from the Warden of the Federal Medical Center of the Federal Bureau of Prisons, Butner, North Carolina, regarding Defendant Ferlando Carter. The Warden certifies in the email that Ferlando Carter is able to understand the nature and consequences of the proceedings against him and assist properly in his own defense. The email was authored by a medical secretary who states: "Attached is the forensic evaluation regarding Mr. Carter.  The original will be sent via U.S. mail to Judge Burrell's chambers.  Copies were not sent to the attorneys on file due the order being SEALED."

The Clerk of the Court shall file the referenced forensic evaluation under seal and provide a copy of the email and the forensic evaluation, which is attached thereto, to the government's attorney and Defendant Ferlando Carter's attorney.

IT IS SO ORDERED.

Dated: July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge