1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  FERLANDO CARTER

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:13-CR-00267 GEB
                                       )
11            Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER TO
                                       )  CONTINUE SENTENCING HEARING &
12      vs.                            )  BRIEFING SCHEDULE
                                       )
13  FERLANDO CARTER, et al.            )  Date: November 18, 2016
                                       )  Time: 9:00 a.m.
14            Defendants.              )  Judge: Hon. Garland E. Burrell
                                       )
15  _____)

16          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

17  Attorney, through, Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and

18  Heather E. Williams, Federal Defender, through Assistant Federal Defender, Douglas J. Beevers,

19  attorney for Ferlando Carter, that the sentencing hearing, currently scheduled for November 18,

20  2016, **be continued to December 2, 2016 at 9:00 a.m.** The parties further stipulate that the

21  briefing schedule be modified as follows:

22          The Proposed Presentence Report shall be filed with          10/21/16
            the Court and disclosed to counsel no later than:
23

24          Counsel's written objections to the Presentence             11/4/16
            Report shall be delivered to the Probation Officer and
25          Opposing counsel no later than:

26          The Presentence Report shall be filed with the Court        11/11/16
            and disclosed to counsel no later than:
27

28

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/18/16 |
| Reply, or Statement of Non-Opposition: | 11/25/16 |
| Judgment and Sentencing Date: | 12/2/16 |

This continuance is necessary to accomplish defense counsel's need to obtain additional mitigation evidence in preparation for the sentencing hearing and probation's need to consider that evidence and possibly incorporate it into the Presentence Investigation Report. The parties agree that a date of December 2, 2016 provides enough time to accomplish these ends and represents the best next date for the sentencing hearing. Probation is aware of this stipulation and has no objection.

DATED: October 11, 2016        Respectfully submitted,
                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Douglas J. Beevers*
                               DOUGLAS J. BEEVERS
                               Assistant Federal Defender
                               Attorney for Ferlando Carter

DATED: October 11, 2016        PHILLIP A. TALBERT
                               Acting United States Attorney

                               */s/ Justin Lee*
                               JUSTIN LEE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

1

2

## **ORDER**

    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

its order. The Court orders that the November 18, 2016 sentencing hearing be continued to

December 2, 2016 at 9:00 a.m. and adopts the new PSR schedule as set forth above.

    Dated:  October 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge