HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
FERLANDO CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-cr-00267-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | |
| FERLANDO CARTER, | |
| Defendant. | Date:   January 6, 2017 |
| | Time:  9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers,

attorney for Ferlando Carter, that the briefing schedule and sentencing hearing be continued five

weeks. The new schedule will be as follows:

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 1/27/17 |
| Reply, or Statement of Non-Opposition: | 2/3/17 |
| Judgment and Sentencing Date: | 2/10/17 |

Currently, the motion to correct the presentence report was due to probation on December

23, 2016 and any replies or sentencing memoranda are due on December 30, 2016. However,

1    Mr. Carter is currently hospitalized and defense counsel has been unable to meet with him to

2    discuss the final pre-sentence report and sentencing issues. The parties agree that a five-week

3    continuance provides enough time for defense counsel to review the final pre-sentence report

4    with Mr. Carter and draft a motion to correct, reply or statement of non-opposition, and

5    sentencing memoranda. Probation is aware of this stipulation and is in agreement with the

6    request.

7                                            Respectfully submitted,

8                                            HEATHER E. WILLIAMS
                                             Federal Defender
9

10   Date: December 28, 2016                 */s/  Douglas J. Beevers*
                                             DOUGLAS J. BEEVERS
11                                           Assistant Federal Defender
                                             Attorneys for Defendant
12                                           FERLANDO CARTER

13   Date: December 28, 2016                 PHILLIP A. TALBERT
                                             United States Attorney
14

15                                           */s/ Justin Lee*
                                             JUSTIN LEE
16                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2          The Court, having received, read, and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders

4  the formal objections are now due on January 27, 2017, any replies or statements of non-

5  opposition are now due on February 3, 2017, and the sentencing hearing is now scheduled for

6  February 10, 2017 at 9:30 a.m.

7

8  IT IS SO ORDERED.

9  Dated:  January 3, 2017

10

11

12  _____

13  GARLAND E. BURRELL, JR.
   Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28